# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 4 C 41 | **DATE** | 2/28/2007 |
| **CASE TITLE** | Scott McSparran et al vs. John M. Larson et al | | |

**DOCKET ENTRY TEXT**

**Enter MEMORANDUM, OPINION AND ORDER:** For the foregoing reasons, defendants' motion to dismiss plaintiffs' verified shareholders' amended derivative complaint [122] with prejudice is granted. This case is hereby terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | TSA |
|---|---|---|