# United States District Court

## Northern District of Illinois
### Eastern Division

Scott McSparran et al                    **JUDGMENT IN A CIVIL CASE**

        v.                                   Case Number: 4 C 41

John M. Larson et al

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion to dismiss plaintiffs' verified shareholders' amended derivative complaint [122] with prejudice is granted.


Michael W. Dobbins, Clerk of Court

Date: 2/28/2007

/s/ Tresa S. Abraham, Deputy Clerk