# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

DISMISSAL PER FRAP 42(b)

Date: May 30, 2007

By the Court:

**CERTIFIED COPY**

No. 07-1664

LAURA ULRICH and SCOTT MCSPARRAN, derivatively on behalf of
Career Education Coporation,
       Plaintiffs - Appellants

v.

JOHN M. LARSON, WALLACE O. LAUB, KEITH K. OGATA, et al.,
       Defendants - Appellees

**FILED**

JN MAY 31 2007

MAY 31 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 04 C 41, Wayne R. Andersen, Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the appellant on 5/29/07,

    **IT IS ORDERED** that this cause is DISMISSED, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)

A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit.