# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF RECORD RETURN**

**DATE:** August 6, 2007

**TO:** Michael W. Dobbins
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

**FROM:** Clerk of the Court

**RE:** 07-1664
Ulrich, Laura v. Larson, John M.
04 C 41, Wayne R. Andersen, Judge



**FILED**

AUG 0 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The mandate or agency closing letter in this cause issued on 05/30/07.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [2] ✓ | Volumes Pleadings |
| [10] ✓ | Volumes Loose Pleadings |
| [2] ✓ | Volumes Transcripts |
| [ ] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other: _____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____

(1073-042591)

Deputy Clerk, U.S. District Court
or Agency Representative